| | |
|---|---|
| 1 | ROBERT W. FREEMAN |
| | Nevada Bar No. 3062 |
| 2 | Robert.Freeman@lewisbrisbois.com |
| | PRISCILLA L. O'BRIANT |
| 3 | Nevada Bar No. 10171 |
| | Priscilla.Obriant@lewisbrisbois.com |
| 4 | JENNIFER A. TAYLOR |
| | Nevada Bar No. 6141 |
| 5 | Jennifer.A.Taylor@lewisbrisbois.com |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 6 | 6385 S. Rainbow Boulevard, Suite 600 |
| | Las Vegas, Nevada 89118 |
| 7 | Telephone: 702.893.3383 |
| | Facsimile: 702.893.3789 |
| 8 | *Attorneys for UNITED SERVICES AUTOMOBILE ASSOCIATION* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOEL DAVID KIDO,<br><br>    Plaintiff,<br><br>vs.<br><br>INDEPENDENCE AMERICAN INSURANCE COMPANY; a Delaware corporation; INDEPENDENCE HOLDING COMPANY; a Delaware corporation; IHC SPECIALTY BENEFITS, INC. a Delaware corporation; THE LOOMIS COMPANY, a Delaware corporation; ELIXIR SAVINGS, LLC, fka ENVISION MEDICAL SOLUTIONS, LLC, dba, ENVISION SAVINGS; and UNITED SERVICES AUTOMOBILE ASSOCIATION; and DOES 2 through 20, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-00678-APG-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT UNITED SERVICES AUTOMOBILE ASSOCIATION'S TIME TO RESPOND TO AMENDED COMPLAINT [ECF 1-1] TO MAY 13**<br><br>**FIRST REQUEST** |

JOEL DAVID KIDO ("Plaintiff") and UNITED SERVICES AUTOMOBILE ASSOCIATION ("USAA"), by and through their undersigned counsel of record, agree that USAA shall have an additional seven days of time from May 6, 2021 through and including May 13, 2021, in which to file its responsive pleading in response to the Amended Complaint filed in this action by Plaintiff.

4815-6418-0712.1

This is the first extension of time requested by counsel for filing Defendant USAA's response to Plaintiff's Complaint.

**Reasons for Extension**

This request is not made for any improper purpose or to delay this litigation, but to allow sufficient time for USAA to prepare and file its responsive pleading. This extension constitutes a total extension of 7 days from the original due date. Based on the above, the parties have agreed to this extension. This brief extension will not prejudice any part or cause undue delay.

| Dated this 5th day of May, 2021 | Dated this 5th day of May, 2021 |
|---|---|
| /s/ Priscilla L. O'Briant | /s/ Jonathan J. Whitehead |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>PRISCILLA L. O'BRIANT<br>Nevada Bar No. 10171<br>LEWIS BRISBOIS BISGAARD & SMITH<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant USAA* | JONATHAN J. WHITEHEAD, ESQ.<br>Nevada Bar No. 4415<br>WHITEHEAD & WHITEHEAD<br>10389 Double R Blvd.<br>Reno, NV 89521<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 6:47 pm, May 07, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**