ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dwrenn@grsm.com

*Attorneys for Defendants Independence
American Insurance Company; Independence
Holding Company; IHC Specialty Benefits, Inc.;
and The Loomis Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Joel David Kido,<br><br>    Plaintiff,<br><br>  vs.<br><br>Independence American Insurance Company, a Delaware corporation; Independence Holding Company, a Delaware corporation; IHC Specialty Benefits, Inc., a Delaware corporation; The Loomis Company, a Delaware corporation; Elixir Savings, LLC, fka Envision Medical Solutions, LLC, dba, EnvisionSavings; and United Services Automobile Association; and Does 2 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00678-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**(First Request)** |

    Pursuant to Local Rule 7-1, Defendants Independence American Insurance Company ("IAIC"), Independence Holding Company ("IHC"), IHC Specialty Benefits ("IHC SB"), and The Loomis Company ("Loomis") (collectively, "Insurance Defendants"), by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani, LLP, and Plaintiff Joel David Kido ("Plaintiff"), by and through his attorney, Jonathan J.

-1-

Whitehead, Esq. of Whitehead & Whitehead, Ltd., hereby stipulate and agree as follows:

1. Plaintiff filed his Amended Complaint in the District Court for Clark County, Nevada on March 17, 2021.

2. Defendants IAIC and Loomis removed the case to this Court on April 23, 2021.

3. Insurance Defendants filed a Motion to Dismiss the Amended Complaint on April 30, 2021.

4. Plaintiff filed a Response to the Insurance Defendants' Motion to Dismiss on May 14, 2021.

5. The current deadline for the Insurance Defendants to reply to Plaintiff's Response is May 21, 2021.

6. Insurance Defendants requested additional time to file their Reply up to and including May 25, 2021.

7. Plaintiff does not oppose Insurance Defendants' requested extension.

8. Accordingly Insurance Defendants will file their Reply in support of their Motion to Dismiss on May 25, 2021.

9. This stipulation is not made for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of May 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants Independence American Insurance Company; Independence Holding Company; IHC Specialty Benefits, Inc.; and The Loomis Company*

DATED this 21st day of May 2021.

**WHITEHEAD & WHITEHEAD, LTD.**

*/s/ Jonathan Whitehead*

JONATHAN WHITEHEAD, ESQ.
Nevada Bar No. 4415
10389 Double R Blvd.
Reno, Nevada 89521
*Attorney for Plaintiff,
Joel David Kido*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____May 21, 2021_____